■ JACK CIANCIMINO, Appellant, v ROBERT ROTH, Respondent. [730 NYS2d 255] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Costello, J.), dated August 21, 2000, which granted the defendant's motion to dismiss the complaint pursuant to CPLR 3126 for failure to comply with a conditional order of dismissal of the same court dated April 10, 2000.

Ordered that the order is affirmed, with costs.

As a consequence of the plaintiff's failure to comply with a conditional order of dismissal, that order became absolute. To be relieved from the adverse impact of the order of dismissal, the plaintiff had to demonstrate a reasonable excuse for his failure to timely comply with the discovery demands, and the existence of a meritorious cause of action (*see, Liotti v Ruk,* 282 AD2d 717; *Kepple v Hill Assocs.,* 275 AD2d 299). The plaintiff did not meet this burden. Therefore, the Supreme Court properly granted the defendant's motion to dismiss the com-

plaint pursuant to CPLR 3126. Santucci, J. P., Altman, Florio, H. Miller and Cozier, JJ., concur.